No. 95–1545.  SUTTON *v.* GIBSON ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 95–1550.  WEINBERG *v.* MANAGEMENT COMPANY ENTERTAINMENT GROUP ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 95–1570.  FRIED *v.* PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 95–1577.  CONLEY ET AL. *v.* EUGENE.  C. A. 5th Cir.  Certiorari denied.

No. 95–1580.  SMITH ET UX. *v.* NEW HAMPSHIRE BOARD OF LICENSURE FOR LAND SURVEYORS ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 95–1597.  SMITH *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 95–1600.  CENTRA, INC., ET AL. *v.* CHANDLER INSURANCE CO., LTD., ET AL.  Sup. Ct. Neb.  Certiorari denied.

No. 95–1604.  KLETZELMAN *v.* CAPISTRANO UNIFIED SCHOOL DISTRICT ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 95–1606.  BENNETT *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 95–1617.  THOMAS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 95–1618.  GOWIN *v.* DADE COUNTY AUTO TAG OFFICE, DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES.  C. A. 11th Cir.  Certiorari denied.

No. 95–1620.  SHRADER *v.* NORTH CAROLINA ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 95–1627.  RAMOS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 95–1632.  SOARES *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.